B5 (Official Form 5) (12/07)         FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Design & Build For You Chicago, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**2821 N. Halsted St.**<br>**Chicago, IL 60657** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7  ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**VENUE**
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
■ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*(If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.)*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)                COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Design & Build For You Chicago, Inc.__
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_  
Signature of Petitioner or Representative (State title)

Ed Hayes  
Name of Petitioner  
Date Signed: June 21, 2014

Name & Mailing Address of Individual Signing in Representative Capacity:  
Ed Hayes  
731 W. Briar Pl #2  
Chicago, IL 60657

X _[signature]_ Alanna Morgan  
Signature of Attorney  
Date: June 21, 2014

Alanna Morgan  
Name of Attorney Firm (If any)  
Morgan & Bley  
900 W. Jackson Blvd.  
Suite 4E  
Chicago, IL 60607  
Address  
Telephone No. 312.243.0006

---

X _[signature]_ Deborah L. Perry  
Signature of Petitioner or Representative (State title)

Deborah Perry  
Name of Petitioner  
Date Signed: June 21, 2014

Name & Mailing Address of Individual Signing in Representative Capacity:  
Deborah Perry  
1138 South Plymouth Court  
Chicago, IL 60605

X _[signature]_ Alanna Morgan  
Signature of Attorney  
Date: June 21, 2014

Alanna Morgan  
Name of Attorney Firm (If any)  
Morgan & Bley, Ltd.  
900 W. Jackson Blvd.  
Suite 4E  
Chicago, IL 60607  
Address  
Telephone No. 312.243.0006

---

X _[signature]_  
Signature of Petitioner or Representative (State title)

Sarah Lu  
Name of Petitioner  
Date Signed: June 21, 2014

Name & Mailing Address of Individual Signing in Representative Capacity:  
Sarah Lu  
4905 N. Janssen  
Chicago, IL 60640

X _[signature]_ Alanna Morgan  
Signature of Attorney  
Date: June 21, 2014

Alanna Morgan  
Name of Attorney Firm (If any)  
Morgan & Bley, Ltd.  
900 W. Jackson Blvd.  
Suite 4E  
Chicago, IL 60607  
Address  
Telephone No. 312.243.0006

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ed Hayes<br>731 W. Briar Pl #2<br>Chicago, IL 60657 | Kitchen gut rehab and other renovation | 5,000.00 |
| Deborah Perry<br>1138 South Plymouth Court<br>Chicago, IL 60605 | Condo renovation | 60,000.00 |
| Sarah Lu<br>4905 N. Janssen<br>Chicago, IL 60640 | Total gut rehabilitation of two story house | 100,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>180,000.00 |

___1___ continuation sheets attached

Name of Debtor **Design & Build For You Chicago, Inc.**

B5 (Official Form 5) (12/07) - Page 2    Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x *Edna Lorenz*    x *Alanna Morgan*    June 21, 2014
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

**Edna Lorenz**    June 21, 2014    **Alanna Morgan**
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual    **Edna Lorenz**    **Morgan & Bley, Ltd.**
Signing in Representative    **655 West Bittersweet Place, Unit 2E**    **900 W. Jackson Blvd Suite 4E**
Capacity    **Chicago, IL 60613**    **Chicago, IL 60607**
    Address
    Telephone No. **312.243.0006**

x_____    x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

_____    _____
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity    Address
    Telephone No._____

x_____    x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

_____    _____
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity    Address
    Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edna Lorenz<br>655 West Bittersweet Place, Unit 2E<br>Chicago, IL 60613 | Kitchen and bathroom renovation | 15,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>180,000.00 |

_1_ of _1_ continuation sheets attached